**1159** LINDSTROM vs. BOARD OF CANVASSERS (Manistee Co.), No. 13194; 94 M., 467; 19 L. R. A., 171.

To compel a re-count of votes cast for the office of county treasurer.

Denied December 24, 1892, with costs.

Held, that but one vignette is to be printed on ballots to be used at the general election, under the Election Law of 1891, but that an elector cannot be disfranchised by the action of the board in printing a separate vignette at the head of the county ticket, or by failure to have a proof copy of the ballot on file at least ten days prior to the election.

**1160** WHEELER vs. BOARD OF COUNTY CANVASSERS (Manistee Co.), No. 13182, 94 M., 448.

To compel a re-count of votes cast in certain precincts of Manistee County for the office of State senator.

Denied December 24, 1892, with costs.

Held, that Act No. 208, Laws of 1887, 3 How. Stat., Sec. 234 a, does not apply to the office of senator. Naumann vs. Board of State Canvassers, 73 M., 252 (1154).

**1161** MAY vs. BOARD OF CANVASSERS (Wayne), No. 13241, 94 M., 505.

To compel respondent to re-convene and direct the issuance to him of a certificate of election as county clerk.

Granted February 3, 1893, without costs.